IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**TWANA N. HARDY,** **PLAINTIFF**

v. Civil Action No.: 1:09CV245-SA-SAA

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,** **DEFENDANT**

## FINAL JUDGMENT

On consideration of the file and records in this case, the Court finds that the Report and Recommendation of the United States Magistrate Judge dated July 16, 2010, was served by electronic mail through the court's CM/ECF system upon counsel for the Plaintiff and upon the attorney of record for the Defendants; that more than fourteen days have elapsed since service of the Report and Recommendation; and that no objections have been filed by the parties. The Court is of the opinion that the Report and Recommendation should be approved and adopted as the opinion of the Court.

It is, therefore, **ORDERED:**

1. that the Report and Recommendations of the United States Magistrate Judge dated July 16, 2010, is approved and adopted as the opinion of the Court, and

2. that the decision of the Commissioner is **REVERSED,** and this matter is **REMANDED** for additional consideration in accordance with the Report and Recommendations.

THIS, the 9th day of August, 2010.

/s/ Sharion Aycock
**U.S. DISTRICT JUDGE**